# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Yarbrough, Steven C. | 2. Court or Organization<br><br>United States District Court - New Mexico | 3. Date of Report<br><br>06/02/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>333 Lomas Blvd. NW, Ste. 670<br>Albuquerque, NM 87102 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Acting United States Attorney | United States Attorney's Office, District of New Mexico |
| 2. | Board of Directors | Los Ojos de la Familia (501(c)(3) charity) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yarbrough, Steven C. | 06/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Rent on Albuquerque investment property | $315.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | childrens' music ( |
| 2. | 2014 | taos rental property (loss for year, taking depreciation into consideration) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sunwest Bank | Mortgage on rental property: Albuquerque, NM 87113 | M |
| 2. | Capital One Mastercard ( | Credit Card | J |
| 3. | Visa (self - government) | Credit Card | J |
| 4. | Capital One Visa | Credit Card | J |
| 5. | Citibank Visa | Credit Card | J |
| 6. | Chase Visa ( | Credit Card | J |
| 7. | Bank of America Visa | Credit Card | J |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Extended Mkt Index Adm | A | Dividend | K | T | | | | | |
| 2. Vanguard High Divident Yld Idx Inv | A | Dividend | J | T | | | | | |
| 3. Vanguard High Yield Corp Fund Inv | A | Dividend | J | T | | | | | |
| 4. Vanguard Pacific Stock Index Inv | A | Dividend | J | T | | | | | |
| 5. Vanguard Precious Metal and Mining | A | Dividend | J | T | | | | | |
| 6. Vanguard Prime Money Market | A | Int./Div. | M | T | | | | | |
| 7. Vanguard REIT Index Fund | A | Dividend | J | T | | | | | |
| 8. Vang Tot Intl Stock Ix Adm | A | Dividend | K | T | | | | | |
| 9. Vang Total Bond Mkt Indx | A | Dividend | J | T | | | | | |
| 10. Vang 500 Index Fund | A | Dividend | K | T | | | | | |
| 11. Market Vectors Gold Miners ETF | A | Dividend | J | T | | | | | |
| 12. Caterpillar | A | Dividend | J | T | | | | | |
| 13. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 14. HPQ | A | Dividend | J | T | | | | | |
| 15. Intel Corp | A | Dividend | J | T | | | | | |
| 16. JNJ | A | Dividend | J | T | | | | | |
| 17. PG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SONVF | A | Dividend | J | T | | | | | |
| 19. MMM | A | Dividend | J | T | | | | | |
| 20. Vang GNMA Fund Inv Shares | A | Dividend | J | T | | | | | |
| 21. Vanguard Aggressive Age Based Option: Vanguard Agg Growth Port 529 (3) | A | Dividend | J | T | | | | | |
| 22. Vanguard Aggressive Age Based Option: Vanguard Agg Growth Port 529 (2) | A | Dividend | J | T | | | | | |
| 23. The Education Plan 529 - Aggressive Index Portfolio New Mexico (1) | A | Dividend | K | T | | | | | |
| 24. Vang 500 Index Fund ( | A | Dividend | K | T | | | | | |
| 25. Vang Develop Mkts Idx Fund | A | Dividend | J | T | | | | | |
| 26. Vang Emerging Mkt Idx Fund ( | A | Dividend | J | T | | | | | |
| 27. Vang European Stock Idx Fund | A | Dividend | J | T | | | | | |
| 28. Vang Growth and Income Fund Inv ( | A | Dividend | K | T | | | | | |
| 29. Vang Mid Cap Idx Fund | A | Dividend | K | T | | | | | |
| 30. Vang Prime Money Mkt Fund ( | A | Int./Div. | J | T | | | | | |
| 31. Vang Small Cap Growth Idx Fund ( | A | Dividend | K | T | | | | | |
| 32. Vang Total Int'l Stock Idx Fund | A | Dividend | K | T | | | | | |
| 33. Vang Windsor II Fund Inv | A | Dividend | K | T | | | | | |
| 34. Google Inc ( | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DIS | A | Dividend | J | T | | | | | |
| 36. Vang Balanced Trad IRA ( | A | Dividend | J | T | | | | | |
| 37. Vang Life Strategy Growth Trad IRA ( | A | Dividend | J | T | | | | | |
| 38. Vang Mid-Cap Growth Trad IRA ( | A | Dividend | J | T | | | | | |
| 39. Vang Tot Stock Mkt Index Trad IRA | A | Dividend | J | T | | | | | |
| 40. Vang Life Strategy Conserv Growth Rollover IRA | A | Dividend | J | T | | | | | |
| 41. Vang Long Term Bond Idx Fund Rollover IRA | A | Dividend | J | T | | | | | |
| 42. Vang Precious Metals and Mining Fund Rollover IRA | A | Dividend | J | T | | | | | |
| 43. Vang Star Fund Rollover IRA ( | A | Dividend | J | T | | | | | |
| 44. Vang strat equity fund Rollover IRA | A | Dividend | K | T | | | | | |
| 45. Vang wellesley inc fund inv rolloever ira | A | Dividend | K | T | | | | | |
| 46. vang european stock idx fund inv roth ira | A | Dividend | J | T | | | | | |
| 47. vang total int'l stock idx fund roth ira ( | A | Dividend | J | T | | | | | |
| 48. vang strategic equity fund roth ira ( | A | Dividend | J | T | | | | | |
| 49. vang star fund simple ira ( | A | Dividend | K | T | | | | | |
| 50. vang total int'l stock idx fund simle ira | A | Dividend | K | T | | | | | |
| 51. vang prime money market fund utma account (1) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BAC (1) | A | Dividend | J | T | | | | | |
| 53. F (1) | A | Dividend | J | T | | | | | |
| 54. GE (1) | A | Dividend | J | T | | | | | |
| 55. DIS (1) | A | Dividend | J | T | | | | | |
| 56. Vang Aggressive Growth Port 529 (1) | A | Dividend | J | T | | | | | |
| 57. Vang prime money market utma (3) | A | Int./Div. | J | T | | | | | |
| 58. DIS (3) | A | Dividend | J | T | | | | | |
| 59. vang prime money mkt utma (2) | A | Int./Div. | J | T | | | | | |
| 60. DIS (2) | A | Dividend | J | T | | | | | |
| 61. OCB Venture II LLC (real estate purchase and sell) | D | Distribution | K | U | Distributed (part) | 11/06/14 | J | A | |
| 62. Rental Property #1 - Taos, NM | D | Rent | N | W | | | | | |
| 63. Rental Property # 2 - Albuquerque NM | D | Rent | M | W | | | | | |
| 64. Undev Real Prop ▓▓▓ - rio rancho NM | | None | J | W | | | | | |
| 65. Rock Me Baby Records (▓▓▓; income earned as salary) | | None | M | W | | | | | |
| 66. Vanguard Moderate Age Based Option: Vang Growth Port 529 (2) | A | Dividend | J | T | | | | | |
| 67. Vanguard Moderate Age Based Option: Vang Growth Port 529 (3) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 65:     owns Rock Me Baby Records, Inc., an S-corporation. She draws income as an employee, which I did not list. I listed the company as an investment, however, since the company has value and she owns the company. I noted that she had no income from the company because the company did not pay dividends and the income    received was in the form of a salary.

Part III-A: I used $315 as the 2014 income on the Albuquerque rental because that is the amount I reported on my taxes, which takes into consideration depreciation.

Part III-B:     purchased a rental property in Taos, New Mexico       . As a result, I listed the income for the property under her name. Taking into consideration depreciation, the property incurred a net loss in 2014, however.

| Name of Person Reporting | Date of Report |
|---|---|
| Yarbrough, Steven C. | 06/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Steven C. Yarbrough**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544